**Order filed November 3, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00468-CV**

———————

**SCWYANA SMITH, Appellant**

**V.**

**ANKUS, L.L.C., Appellee**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-52368**

# O R D E R

Appellant's brief was due October 31, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Zimmerer.